FEB 19 2026 PM 3:44
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:26-cr-58-TPB-LSG

MATTHEW EDWARD ZOLADZ

33 U.S.C. § 1411(a)(1)
(Violation of the Marine
Protection, Research, and
Sanctuaries Act)

33 U.S.C. § 1908(a)
(Violation of the Act to Prevent
Pollution from Ships)

**INDICTMENT**



The Grand Jury charges:

**COUNT ONE**
**(Violation of the Marine Protection, Research, and Sanctuaries Act)**

On or about December 8, 2022, in the Middle District of Florida, the defendant,

MATTHEW EDWARD ZOLADZ,

in violation of the burial-at-sea general permit conditions of 40 C.F.R. § 229.1, knowingly transported a material, that is, the body of Victim 1, from the United States for the purpose of dumping it into ocean waters, and failed to notify the United States Environmental Protection Agency Regional Administrator as required by 40 C.F.R. § 229.1(d).

All in violation of 33 U.S.C. §§ 1411(a)(1) and 1415(b).

## COUNT TWO
### (Violation of the Act to Prevent Pollution from Ships)

On or about December 8, 2022, within the navigable waters, internal waters, and ports of the United States in the Middle District of Florida, the defendant,

MATTHEW EDWARD ZOLADZ,

a person, did knowingly discharge plastic from a ship which was registered to the United States.

All in violation of 33 C.F.R. § 151.67 and 33 U.S.C. § 1908(a).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Abigail K. King
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions

2

FORM OBD-34
February 26

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW EDWARD ZOLADZ

INDICTMENT

Violations: 33 U.S.C. § 1411(a)(1) and 33 U.S.C. § 1908(a)

A true bill

_____
Foreperson

Filed in open court this 19th day

of February 2026.

_____
Clerk

Bail $_____

GPO 863 525