# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Matthew Edward Zoladz<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 8:26-cr-58-TPB-LSG |

RECEIVED U.S. MARSHALS 2026 FEB 20 PM 1:36

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Matthew Edward Zoladz,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of the Marine Protection, Research, and Sanctuaries Act; and Violation of the Act to Prevent Pollution from Ships.

In Violation of: 33 U.S.C. § 1411(a)(1) 33 U.S.C. § 1908(a).

Date: 2/20/2026

*Issuing officer's signature* — Lourdes Del Rio

**LOURDES DEL RIO**

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/24/26, and the person was arrested on *(date)* 2/24/26
at *(city and state)* Sarasota, FL.

Date: 2/24/26

*Arresting officer's signature*

Xavier Castaneda Special Agent
*Printed name and title*